FILED

2016 SEP 28 AM 10: 52

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

TIFFANY GOLDSBROUGH,   CASE NO:  6:16-cv-1701-ORL-18-GJK

    Plaintiff,

v.

ADVENTIST HEALTH SYSTEM/SUNBELT,
INC., d/b/a FLORIDA HOSPITAL,

    Defendant.
_____/

## NOTICE OF REMOVAL

TO THE JUDGES OF THE DISTRICT COURT OF THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION:

The Defendant, ADVENTIST HEALTH SYSTEM/SUNBELT, INC., d/b/a FLORIDA HOSPITAL ("Florida Hospital"), pursuant to 28 U.S.C. Sections 1331, 1441, 1443 and 1446 and Local Rule 4.02, files this, its Notice of Removal and respectfully shows:

1.    This case is a civil action that was commenced by Plaintiff, Tiffany Goldsbrough ("Goldsbrough"), in the Circuit Court, Ninth Judicial Circuit, in and for Orange County, Florida, Case Number 2016-CA-007486-O. In the three (3) count Complaint, Goldsbrough initiated a claim against Florida Hospital and alleges that Florida Hospital violated 29 U.S.C.§§ 2601-2654 of the Family and Medical Leave Act of 1993 ("FMLA"), more specifically the prohibitions against interference (Count

II) and retaliation (Count III) found in 29 U.S.C. §2615 and 29 C.F.R. §825.220. Goldsbrough also alleges Florida Hospital violated Chapter 760, *Florida Statutes* (Count I).

2. The Complaint was served on Florida Hospital on or about September 7, 2016. This notice is, thus, timely filed within the thirty (30) day period prescribed by 28 U.S.C. §1446(b).

3. This Court has "Federal Question" original jurisdiction over the Complaint in that Goldsbrough's claims arise under the laws of the United States, more specifically 29 U.S.C. §§ 2601-2654 of the FMLA and 29 C.F.R. §825.220. A true copy of the Complaint in this action is attached hereto as Exhibit "A." The Complaint was filed on August 23, 2016. The Complaint, Civil Cover Sheet, Notice of Appearance of undersigned counsel, Summons, along with the Notice of Removal in the state court action filed contemporaneously with this Notice of Removal, constitute all process, pleadings, motions and orders now on file in the state court action.

4. The events alleged by Goldsbrough giving rise to Goldsbrough's claims allegedly occurred in Orange County, Florida, which is within this District and Division. Thus, venue properly lies in the Orlando Division of the Middle District of Florida. *See* Local Rule 1.02(b)(3).

5. The time for answering, filing any motion, or otherwise responding to the above captioned state action has not yet expired.

6. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this notice will be served on Goldsbrough. A copy of this notice has been filed with the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, a copy of which is attached hereto as Exhibit "B."

7. By filing this Notice of Removal, Florida Hospital does not waive any defenses to the Complaint and an answer to the Complaint will be promptly filed contemporaneously with the filing of this document.

WHEREFORE, on the basis of the foregoing, Defendant removes the above-captioned action from the Circuit Court, Ninth Judicial Circuit in and for Orange County, Florida, to this United States District Court.

DATED this 28th day of September, 2016.

/s/ Christopher R. Parkinson
BRIAN J. MORAN
Florida Bar No. 0827241
bmoran@morankidd.com
CHRISTOPHER R. PARKINSON
Florida Bar No. 112114
cparkinson@morankidd.com
Moran Kidd Lyons Johnson, P.A.
111 North Orange Avenue, Suite 900
Orlando, Florida 32801
Telephone: (407) 841-4141
Facsimile: (407) 841-4148
Attorneys for Defendant,
Adventist Health System/Sunbelt, Inc.
d/b/a Florida Hospital

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 28, 2016 I furnished a true and correct of the foregoing by electronic mail to Chad Levy, 915 Middle River Drive, Suite 518, Fort Lauderdale, FL 33304, chad@levylevylaw.com and assistant@levylevylaw.com.

/s/ Christopher R. Parkinson
Christopher R. Parkinson